UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OFFSHORE-INLAND SERVICES OF ALABAMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> R/V DEEPOCEAN QUEST (ex NADIR), IMO No. 7347823, *in rem*, OCEAN SERVICES, LLC, *in personam*, and CASEMO INTERNATIONAL, S.A., <br><br> Defendants. | CASE NO. C06-0183-JCC <br> *Consolidated with C06-1114-JCC* <br><br> IN ADMIRALTY <br><br> MINUTE ORDER |
| DEEP OCEAN QUEST, S.A., a foreign corporation, <br><br> Plaintiff, <br><br> v. <br><br> STABBERT MARITIME YACHT & SHIP, LLC, a Washington limited liability company d/b/a Stabbert Maritime Yacht & Ship, Inc.; SMY&S, INC., a Washington corporation d/b/a Venture Pacific Marine Inc.; OCEAN SERVICES, LLC, a Washington limited liability company; STABBERT MARITIME HOLDINGS, LLC, a Washington limited liability company; STABBERT MARITIME, LLC, a Washington limited liability company; STABBERT YACHT AND SHIP, LLC, a Washington limited liability company; STABBERT YACHT AND SHIP HOLDING, LLC, a Washington limited liability company; and DAN STABBERT and his marital community d/b/a Stabbert Maritime Yacht & Ship, Inc., <br><br> Defendants. | |

MINUTE ORDER – 1

| 1  |                                                                                                      |
|----|------------------------------------------------------------------------------------------------------|
| 2  | The following Minute Order is made by direction of the Court, the Honorable John C.                  |
| 3  | Coughenour, United States District Judge:                                                            |
| 4  | This matter comes before the Court on Defendants' Motion for Issuance of Pre-Judgment Writs          |
| 5  | of Attachment and Garnishment (Dkt. No. 335) and Motion for Relief from Noting Requirements as       |
| 6  | related to the first motion (Dkt. No. 337). The Court hereby:                                        |

(1) GRANTS the Motion for Relief from Noting Requirements (Dkt. No. 337);

(2) SETS a deadline of Monday, May 4, 2009, at noon (12:00 p.m.) for any written response by Plaintiff DOQ on the Motion for Issuance of Pre-Judgment Writs of Attachment and Garnishment (Dkt. No. 335); and

(3) SETS a show cause hearing for Tuesday, May 5, at 9:00 a.m., in Judge Coughenour's courtroom on the 16th floor of the United States District Courthouse, 700 Stewart St., if Plaintiff confirms that it wishes to have oral argument on the motion. To confirm the hearing, Plaintiff is directed to call chambers at (206) 370-8804.

DATED this 1st day of May, 2009.

BRUCE RIFKIN, Clerk of Court

By  */s/ V. Perez*
      Deputy Clerk

MINUTE ORDER – 2