UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OFFSHORE-INLAND SERVICES OF ALABAMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> R/V DEEPOCEAN QUEST (ex NADIR), IMO No. 7347823, *in rem*, OCEAN SERVICES, LLC, *in personam*, and CASEMO INTERNATIONAL, S.A., <br><br> Defendants. | CASE NO. C06-0183-JCC <br> *Consolidated with C06-1114-JCC* <br><br> IN ADMIRALTY <br><br> MINUTE ORDER |
| DEEP OCEAN QUEST, S.A., a foreign corporation, <br><br> Plaintiff, <br><br> v. <br><br> STABBERT MARITIME YACHT & SHIP, LLC, a Washington limited liability company d/b/a Stabbert Maritime Yacht & Ship, Inc.; SMY&S, INC., a Washington corporation d/b/a Venture Pacific Marine Inc.; OCEAN SERVICES, LLC, a Washington limited liability company; STABBERT MARITIME HOLDINGS, LLC, a Washington limited liability company; STABBERT MARITIME, LLC, a Washington limited liability company; STABBERT YACHT AND SHIP, LLC, a Washington limited liability company; STABBERT YACHT AND SHIP HOLDING, LLC, a Washington limited liability company; and DAN STABBERT and his marital community d/b/a Stabbert Maritime Yacht & Ship, Inc., <br><br> Defendants. | |

MINUTE ORDER – 1

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

In its Order of May 5, 2009 (Dkt. No. 341), this Court ordered that Defendant Stabbert Maritime, Inc. ("S.M., Inc.") submit, as soon as practicable, the following:

(1) A proposed writ or writs of pre-judgment attachment, attaching (a) "any payments or right of payment or reimbursement from the insurance underwriters or FIS Marine to [Deep Ocean Quest, S.A. ("DOQ")] relating to its 'Heavy Weather-Hurricane Katrina' insurance claim," (b) "any payment or right of payment from DOE to DOQ in relation to its bankruptcy claim," and (c) to the extent S.M., Inc. believed it was appropriate, "any proceeds from the future sale of the ALUCIA";

(2) A Reply brief supporting its request for pre-judgment attachment of the proceeds from the future sale of the ALUCIA;

(3) A bond of $3,000 to support the writ(s) of pre-judgment attachment; and

(4) A proposed writ of pre-judgment garnishment "to FIS Marine as garnishee, requiring garnishee to hold all funds currently held or hereafter received for the benefit of DOQ until further order of this Court or full satisfaction of judgment in this matter."

The Court also ruled that DOQ would have, as requested, five days to file any objections or otherwise respond to the form of the proposed writ(s) of pre-judgment attachment. (Dkt. No. 341 at 5.) The Court declined to permit DOQ time to object to the form of the proposed writ of pre-judgment garnishment, however, in part because expediency appeared to be required, given the expected timing of a forthcoming insurance payment to FIS. (*Id.* at 6.)

To date, the Court has received the bond, along with proposed writs of pre-judgment attachment as to the insurance payment and the bankruptcy claim. However, although S.M., Inc. has filed a Reply brief addressing its request for pre-judgment attachment of future ALUCIA sale proceeds (Dkt. No.

MINUTE ORDER – 2

342), the Court has not received a proposed writ of pre-judgment attachment of those proceeds. Nor has it received a proposed writ of pre-judgment garnishment to FIS Marine.

After full consideration of the briefing, including S.M., Inc.'s Reply brief (Dkt. No. 342), the Court is persuaded that the uncertainty of DOQ's bankruptcy claim justifies granting the additional security of attachment of future ALUCIA sale proceeds up to the amount of any outstanding judgment balance. S.M., Inc. is DIRECTED to file each of its proposed writs on the docket (and email a Word or WordPerfect version to coughenourorders@wawd.uscourts.gov) so that DOQ may make any objections to the form of the writs of pre-judgment attachment and to facilitate the clerk's issuance of the writs.

DATED this 11th day of May, 2009.

BRUCE RIFKIN, Clerk of Court

By */s/ V. Perez*
Deputy Clerk

MINUTE ORDER – 3