UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OFFSHORE-INLAND SERVICES OF ALABAMA, INC.,

    Plaintiff,

    v.

R/V DEEPOCEAN QUEST *in rem*, OCEAN SERVICES, LLC, *in personam*, and CASEMO INTERNACIONAL, S.A., *in personam*,

    Defendants.

———————————————————————

DEEP OCEAN QUEST, S.A. a foreign corporation,

    Plaintiff,

STABBERT MARITIME YACHT & SHIP LLC, a Washington limited liability company d/b/a Stabbert Maritime Yacht & Ship, Inc.; et al.

    Defendants

Case No. C06-183JCC

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF DEEP OCEAN QUEST, S.A. , and on behalf of DEFENDANT STABBERT MARITIME YACHT & SHIP LLC in the amount of $48,463.71 as follows:

TAXATION OF COSTS -- 1

|   | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.   SERVICE FEES | $1,597.50 | $1,157.50 | $440.00 |

Service fees incurred for witnesses that did not actually testify were not allowed as taxable costs.

|   | Requested | Disallowed | Allowed |
|---|---|---|---|
| II.   TRANSCRIPT FEES | $3,027.60 | $3,027.60 | 0 |

Cost for purchase of trial transcript is not taxable unless specifically authorized by the court.

|   | Requested | Disallowed | Allowed |
|---|---|---|---|
| III.   WITNESS FEES | $1,466.82 | 0 | $1,466.82 |
| IV.  DEPOSITION COSTS | $15,494.26 | $5,536.89 | $9,957.37 |

Clerk allowed as taxable costs only those expenses incurred for depositions actually used at trail.

|   | Requested | Disallowed | Allowed |
|---|---|---|---|
| V.   COPY COSTS | $65,903.24 | $29,431.22 | $36,472.02 |

The clerk allowed 25% of the difference between the requested amount, $65,903.24, and the amount agreed to by plaintiff, $26,661.02. This represent the clerk's estimate of the total copying costs incurred that were directly related to the trial.

|   | Requested | Disallowed | Allowed |
|---|---|---|---|
| VI.  DOCKET FEES | $127.50 | 0 | $127.50 |

Dated this ___30th___ day of JUNE, 2009 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2